Decided July 14, 1997

## MARK GODERRE *v.* COMMISSIONER OF CORRECTION

The petition by the petitioner Mark Goderre for certification for appeal from the Appellate Court, 45 Conn. App. 287 (AC 16172), is denied.

*Paul A. Catalano,* in support of the petition.

*Lisa Herskowitz,* assistant state's attorney, in opposition.

Decided July 14, 1997

## TRACY FISHER *v.* COMMISSIONER OF CORRECTION

The petition by the petitioner Tracy Fisher for certification for appeal from the Appellate Court, 45 Conn. App. 362 (AC 14295), is denied.

*Kent Drager,* senior assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided July 14, 1997